THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br>   Plaintiff, </br></br>   v. </br></br> WILLIAM BURGESS, </br></br>   Defendant. | No. CR 14-174-JLR </br></br> ORDER GRANTING UNOPPOSED MOTION FOR TERMINATION OF SUPERVISED RELEASE |

This matter has come before the Court on William Burgess's unopposed motion to terminate the remaining period of his supervised release. The Court has reviewed the motion, records, and files herein, as well as the factors set forth in 18 U.S.C. § 3553(a).

IT IS NOW ORDERED that William Burgess's term of supervised release be terminated pursuant to 18 U.S.C. § 3583(e).

DONE this 12th day of February, 2021.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

ORDER FOR TERMINATION
OF SUPERVISED RELEASE
(US v. William Burgess; CR14-174JLR) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
**(206) 553-1100**